

### *Marion Hopkins*
Clerk of Court, Madison Parish

Telephone (318) 574-0655
Facsimile (318) 574-3961

E-mail: mpcofc@bellsouth.net

100 North Cedar
Post Office Box 1710
Tallulah, Louisiana 71282

May 17, 2022

# CLERK'S CERTIFICATE

KHRISOSTOM GUSSAIDI, INDIVIDUALLY AND ON BEHALF OF
KHETAG GUSSAIDI
VS 22-66
SINDLE TRUCKING, LLC AND RONNIE WAYNE DAIVS

STATE OF LOUISIANA
PARISH OF MADISON
SIXTH JUDICIAL DISTRICT COURT

I, SHIRLEY TRUELOVE, DEPUTY CLERK OF COURT FOR THE ABOVE PARISH AND STATE, DO HEREBY
CERTIFY THAT THE FOLLOWING 27 PAGES ARE A TRUE COPY OF THE ENTIRE CIVIL SUIT CAPTIONED
ABOVE.

SHIRLEY TRUELOVE

DEPUTY CLERK

**EXHIBIT A**

## LOUISIANA CIVIL CASE REPORTING
### Civil Case Cover Sheet - LA. R.S. 13:4688 and
### Part G, §13, Louisiana Supreme Court General Administrative Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**    Khrisostom Gussaidi, Individually, and on Behalf of Khetag Gussaidi

**vs.**

**Sindle Trucking, LLC and Ronnie Wayne Davis**

**Court:** 6th JDC        **Docket Number:** *22 - 66*

**Parish of Filing:** Madison Parish        **Filing Date:** May 9, 2022

**Name of Lead Petitioner's Attorney:**   Joseph E. "Jed" Cain, Esq.

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 2        **Number of named defendants:** 2

**Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):**

| | |
|---|---|
| ☐ Auto: Personal Injury | ☐ Auto: Property Damage |
| ☒ Auto: Wrongful Death | ☐ Auto: Uninsured Motorist |
| ☐ Asbestos: Property Damage | ☐ Asbestos: Personal Injury/Death |
| ☐ Product Liability | ☐ Premise Liability |
| ☐ Intentional Bodily Injury | ☐ Intentional Property Damage |
| ☐ Intentional Wrongful Death | ☐ Unfair Business Practice |
| ☐ Business Tort | ☐ Fraud |
| ☐ Defamation | ☐ Professional Negligence |
| ☐ Environmental Tort | ☐ Medical Malpractice |
| ☐ Intellectual Property | ☐ Toxic Tort |
| ☐ Legal Malpractice | ☐ Other Tort (describe below) |
| ☐ Other Professional Malpractice | ☐ Redhibition |
| ☐ Maritime | ☐ Class action (nature of case) |
| ☐ Wrongful Death | |
| ☐ General Negligence | |

**Please briefly describe the nature of the litigation in one sentence of additional detail:**

_____

_____

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

**Name** Joseph E. Cain, Esq.        **Signature** _____

**Address** Herman, Herman & Katz, LLC, 820 O'Keefe Avenue, New Orleans, LA 70113

**Phone number:** (504)581-4892      **E-mail address:** jcain@hhklawfirm.com



# HERMAN HERMAN & KATZ, LLC
## ATTORNEYS AT LAW
820 O'Keefe Avenue
New Orleans, Louisiana 70113-1116

(504) 581-4892 Main
(504) 561-6024 Fax
info@hhklawfirm.com

May 9, 2022

**VIA FACSIMILE (318) 574-3961**
**& FEDERAL EXPRESS**
6th Judicial District Court
Parish of Madison
100 North Cedar Street
Post Office Box 1710
Tallulah, LA 71282

Re:   **Khrisostom Gussaidi, et al vs. Sindle Trucking, LLC, et al**
      **6th JDC Case No.:**   TBD
      **Our File No.:**       28870.0000

To Whom It May Concern:

Please find enclosed for filing into the record of this matter the *Petition for Damages and Jury Demand,* and *Plaintiffs' First Set of Written Discovery Requests To Defendants.* Please forward an invoice to my attention upon receipt of same. Our office will forward the original and additional copies with our firm check to cover the filing and service of same. We ask that you please return a filed, stamped copy to the undersigned in the enclosed self-addressed, stamped envelope.

Please issue citations for service for the above listed pleadings to be served via the Louisiana Long Arm Statute upon the following parties:

1. **SINDLE TRUCKING, LLC**
   Through its registered agent:
   **Caleb Sindle**
   1815 Southwest Ave.
   El Dorado, AR 71730

2. **RONNIE WAYNE DAVIS**
   918 E. Elm
   El Dorado, AR 71730

Sincerely,

*s/Jed Cain*

JOSEPH E. "JED" CAIN, ESQ.

JEC/els
Enclosures

This firm and its partners are also partners in Herman Gerel, LLP.

6th JUDICIAL DISTRICT COURT FOR THE PARISH OF MADISON

STATE OF LOUISIANA

NUMBER: *22-66*                                    DIVISION: *B*

KHRISOSTOM GUSSAIDI, INDIVIDUALLY, AND ON BEHALF OF,
KHETAG GUSSAIDI

VERSUS

SINDLE TRUCKING, LLC and RONNIE WAYNE DAVIS

FILED: _*May 10, 2022*_                    _____
                                                      DEPUTY CLERK

## PETITION FOR DAMAGES AND JURY DEMAND

NOW INTO COURT, through undersigned counsel, comes Plaintiff, **KHRISOSTOM**

**GUSSAIDI**, a domiciliary of the State of Florida, who respectfully represents:

1.

The following parties are made defendants herein and are joint tortfeasors:

**a.** **SINDLE TRUCKING, LLC (hereinafter "Sindle")**, an Arkansas LLC that may be
served via the Louisiana Long Arm statute through its registered agent: Caleb Sindle,
1815 Southwest Ave., El Dorado, AR 71730; and

**b.** **RONNIE WAYNE DAVIS**, a domiciliary of Arkansas who may be served via the
Louisiana Long Arm statute at: 918 E. Elm, El Dorado, AR 71730.

### JURISDICTION & VENUE

2.

This Court has jurisdiction in this matter because the damages claimed by Plaintiff are

within the jurisdictional limits of the Court.

3.

Venue is proper in so much as the crash at issue in this case occurred in Madison Parish.

### LIABILITY

4.

On November 14, 2021, Decedent, Khetag Gussaidi, was driving a 2018 Ram Promaster

van west bound on Interstate 20 at approximately 70 mph.

5.

At milepost 155.6, a tractor and tanker trailer owned by Defendant, Sindle, and operated

by Defendant, Davis, abruptly entered the westbound lane of traffic, from the shoulder of the

interstate where it was illegally parked, in front of the van driven by Khetag Gussaidi.

6.

A crash ensued when the van and tanker trailer violently struck.   Despite being seat belted, Khetag Gussaidi was killed in the crash.

7.

Following the crash, Defendant, Davis, admitted to the Louisiana State Police that he illegally parked the tractor and tanker trailer on the shoulder of the interstate so that he could urinate.   Davis was charged with violating La. R.S. 32:103 and 296 and subsequently pled guilty to such charges.

8.

At all relevant times, the tractor-tanker trailer was owned by Defendant, Sindle, and operated by Defendant, Davis, who was acting within the course and scope of his employment with Defendant, Sindle.

9.

The cause of the above-described incident was the negligence of Defendants as imputed unto their employers and insurers, in the following, non-exclusive particulars:

a) Defendant, Davis, illegally parking the tractor-tanker trailer on the shoulder of the interstate so as to urinate in violation of both La. R.S. 32:296 and 49 CFR 397.7;

b) Defendant, Davis, illegally entering the interstate lane of traffic at a dangerously low rate of speed in front of the van driven by Khetag Gussaidi when it was not safe to do so in violation of La. R.S. 32:103;

c) Defendant, Davis', failure to yield the right of way to decedent, Gussaidi;

d) Defendant, Davis', failure to properly use his blinker and/or lights when attempting to reenter the interstate lane of traffic during low light conditions;

e) Defendant, Sindle's, failure to install safety features on the tractor and/or tanker trailer before the crash so as to render it safely visible to other motorists during low-light conditions;

f) Defendant, Sindle's, failure to properly illuminate the tractor and/or tanker trailer so as to alert other motorists to a known or potential hazard;

g) Defendant, Sindle's, negligent inspection, repair, and/or maintenance of the tractor and/or tanker trailer;

h) Defendant, Sindle's, failure to properly train, supervise, and/or provide guidance to Defendant, Davis;

i) Defendant, Sindle's, negligent entrustment of the tractor and tanker trailer to Defendant, Davis;

j) Defendant, Sindle's, negligent hiring and/or retention of Defendant, Davis; and

2

k) Any other negligent acts and/or omissions uncovered through discovery.

## DAMAGES

10.

Khetag Gussaidi died without a surviving spouse or children. Plaintiff, Khrisostom Gussaidi, brings this wrongful death/survival action pursuant to La. C.C. art. 2315.1 and 2315.2 as the surviving biological father of decedent, Khetag Gussaidi.

11.

Due to the negligence of Defendants, resulting in the death of his son, Plaintiff is entitled by operation of law to recover damages as follows:

A.  All survival damages of the Decedent, Khetag Gussaidi, allowed by law, including:

   1.  Fear of loss of life;

   2.  Pre-death mental pain and suffering;

   3.  Pre-death physical pain and suffering;

   4.  Loss of life;

   5.  All other damages allowed by law and equity.

B.  All damages suffered by Plaintiff as a result of the wrongful death of his son, Khetag Gussaidi, allowed by law, including:

   1.  Past, present, and future loss of love, companionship, attention, and affection;

   2.  Past, present, and future emotional distress and psychological injury;

   3.  Loss of consortium, company, and society of his son;

   4.  Transportation, burial, and/or funeral expenses; and

   5.  All other damages allowed by law and equity.

## JURY DEMAND

Plaintiff prays for a trial by jury.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, **KHRISOSTOM GUSSAIDI**, prays that after due proceedings are had, there be judgment in his favor and against the Defendants, **SINDLE TRUCKING, LLC** and **RONNIE WAYNE DAVIS**, for compensatory and other appropriate damages, with legal interest thereon from the date of injury until paid, and for all taxable costs of this proceeding. Plaintiff also prays for all other relief as may be just and equitable in the premises.

Respectfully submitted,

**JOSEPH E. "JED" CAIN, (La Bar No. 29785)**
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone:  (504) 581-4892
Facsimile:  (504) 561-6024

**PLEASE SERVE:** *(Via the Louisiana Long Arm Statute)*
(With *Plaintiff's First Set of Written Discovery Requests*)

**SINDLE TRUCKING, LLC**
Through its registered agent:
**Caleb Sindle**
1815 Southwest Ave.
El Dorado, AR 71730

**RONNIE WAYNE DAVIS**
918 E. Elm
El Dorado, AR 71730

4

## 6th JUDICIAL DISTRICT COURT FOR THE PARISH OF MADISON

### STATE OF LOUISIANA

NUMBER: _22-66_                                    DIVISION: _B_

### KHRISOSTOM GUSSAIDI, INDIVIDUALLY, AND ON BEHALF OF, KHETAG GUSSAIDI

### VERSUS

### SINDLE TRUCKING, LLC and RONNIE WAYNE DAVIS

FILED: _May 10, 2022_                              _____
                                                   DEPUTY CLERK

### PLAINTIFF'S FIRST SET OF WRITTEN DISCOVERY REQUESTS TO DEFENDANTS (INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND ELECTRONIC EVIDENCE)

TO:   **SINDLE TRUCKING, LLC**
      Through its registered agent:
      **Caleb Sindle**
      1815 Southwest Ave.
      El Dorado, AR 71730

      **RONNIE WAYNE DAVIS**
      918 E. Elm
      El Dorado, AR 71730

### Definitions and Instructions

A)   **Document –** As used herein, the term "document" shall be construed broadly and expansively to include any medium upon which information is recorded including, but not limited to, contracts, agreements, applications, forms, policies, claims, files, records, letters, correspondence, minutes, memoranda, notes, e-mails, photocopies, facsimiles, transcripts, graphs, photographs, videotapes, audiotapes, microfilm, charts, studies, tables, calculations, acknowledgments, and any draft of the foregoing, which is, or has been, at any time, in the control, custody or possession of each or any Defendant, respectively.

B)   **Communication –** Shall refer to all communication, both written and oral, including but not limited to, telephone conversations, letters, memoranda, e-mails, facsimiles, reports, interviews, statements, contracts, agreements and consultations. Whenever a request refers to conversations with others, such request also refers to communications with all persons acting on behalf of that other, including, but not limited to, employees, officers, managers, directors, parent corporations, subsidiaries, associates, consultants, investigators, secretaries, assistants, agents, brokers, claim adjusters, or attorneys.

C)   **You** and **Your –** Shall refer to the Defendant to which this discovery is addressed, respectively, and all parties acting on behalf of that Defendant, including, but not limited to, employees, officers, managers, directors, parent corporations, subsidiaries, associates, consultants, investigators, secretaries, assistants, agents, brokers, claims adjusters, or attorneys.

D)   **Identify –** When asked to "identify" a natural person, please provide: (a) the person's full name, (b) current or last known home address and telephone number, (c) current or last known business address and telephone number, (d) birth date, (e) social security number, (f) current or last known place of employment, and (g) job title or description.

When asked to "identify" a corporation or other business entity, please provide: (a) the full name of the entity, (b) the type of entity, (e.g. partnership, limited partnership, corporation), (c) the state of formation or incorporation, (d) the date of formation or incorporation, (e) principle business address and telephone number, and (f) the principal business address (if any) within the State of Louisiana.

E)    **Privilege** – If a privilege is claimed over any document, (as "document" is defined above), please provide: (a) the identity of the author of the document, (b) the identity of the recipient of the document, (c) the date that the document was prepared, (d) a brief description of the document, and (e) the basis upon which the privilege is claimed, including the statute, rule or decision upon which the claim of privilege is based.

F)    The terms **"and"** and **"or"** and **"and/or"** shall be construed broadly and expansively as "and/or", and shall not be construed to limit the documents or information sought in any manner.

G)    **Accident** – Shall refer to the crash that occurred on November 14, 2021 in Madison Parish, Louisiana that is at issue in this case.

## INTERROGATORIES

**NOW**, through undersigned counsel comes Plaintiff, who, pursuant to the Louisiana Code of Civil Procedure, hereby propound the following Interrogatories, to be answered fully, within legal delays, in writing, under oath. If a privilege is claimed in response to any of these requests, please provide a privilege log.

1.   Please identify the (a) driver, and (b) all passengers, of the tractor and trailer that was involved in the accident.

2.   Please identify Ronnie Wayne Davis' employer at the time of the accident.

3.   Please identify by name and address all employers Ronnie Wayne Davis has worked for over, the last 10 years. Please also provide the dates of employment for each employer identified.

4.   Please identify Ronnie Wayne Davis' cell phone number and carrier on the date of the accident.

5.   Please identify any drugs taken by Ronnie Wayne Davis during the 24 hours preceding the accident.

6.   Please identify any drugs prescribed to Ronnie Wayne Davis as of the date of the accident and the doctor who prescribed said drugs.

7.   Please state how Ronnie Wayne Davis plead to the traffic citations issued to him following this accident and the amount of any fines paid.

8.   Please identify all hospitals, clinics, or other health care institutions, doctors, therapists, chiropractor, or any other health care practitioner, or psychologists, psychiatrists, or other mental health care professionals, who have rendered service to Ronnie Wayne Davis within the last 10 years.

9.   Please identify the person(s) or entity(s) who owned and/or leased the tractor and trailer that was involved in the accident.

10.  Please state the weight and dimensions of the tractor and trailer at the time of the accident.

11. Please state what cargo was being hauled at the time of the crash and for whom it was being hauled.

12. Please explain where the tractor and trailer were in route to and from at the time of the accident. Include in your explanation the route Mr. Davis was taking and when Mr. Davis began driving on 11/14/21.

13. Please describe, as fully and as accurately as you can, how the accident occurred. Include in your answer the estimated speeds and locations (relative to each other and to the markings on the roadway) of the vehicles involved in the accident, at all relevant times.

14. Please identify any and all persons who may have witnessed the accident.

15. Please identify any and all witnesses that you will or may call to testify at the trial of this matter. Please state whether the witness will testify as a fact witness, an expert witness, or both. For any and all witnesses whom you intend to qualify as an expert, please provide the field or fields of the witness' alleged area(s) of expertise. Please provide a brief description of the content of the anticipated testimony.

16. Please provide the name, address and telephone number(s) of all persons who investigated the accident, and whether there were photographs taken and the number, size, date, time and description of each photograph taken. Also please provide the name, address and telephone number of any person who statement was taken, the date the statement was taken and the name of the person taking the statement.

17. Please identify any entities/individuals that inspected and/or photographed the relevant tractor, trailer, and van involved in the accident on Your behalf.

18. Please identify all insurers and insurance policies that may provide coverage to Plaintiff and/or You regarding the liability alleged in this case against You by Plaintiff.

19. Please identify any individual and/or entity that performed surveillance of Plaintiff on Your behalf. If surveillance was performed, please state on what date and at what time the surveillance was performed.

20. If you contend that any act or omission of any of Your co-defendants and/or a third party not named in this suit caused or contributed to Plaintiff's injuries or damages, please so state and state all of the facts that You believe support your contention.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**NOW,** through undersigned counsel comes Plaintiffs, who, pursuant to the Louisiana Code of Civil Procedure, hereby propound the following Requests for Production of Documents, to be answered fully, within legal delays, in writing, under oath. If a privilege is claimed in response to any of these requests, please provide a privilege log.

1. Please provide any and all accident reports, incident reports, police reports, traffic tickets and/or citations, prepared and/or obtained by You, relating or in any way pertaining to the accident in question.

2. Please provide any and all written, electronic, telephonic or recorded statements which you have taken, prepared, or otherwise obtained, from anyone, regarding or in any way pertaining to the accident and/or the injuries sustained therefrom, including, but not limited to, the statement(s) of Ronnie Wayne Davis and/or Plaintiff.

3. Please provide copies of any and all photographs or videotapes which you have taken, prepared, or otherwise obtained, relating or in any way pertaining to the accident, the vehicles involved in the collision, and/or the scene of the collision.

4. Please provide any and all documents, including, but not limited to, the bill of sale, title, registration, lease agreement, and/or rental agreement, pertaining or in any way relating to the ownership, rental, and/or lease, of the tractor and trailer involved in the automobile collision in question on the date of the date of the accident.

5. Please produce any and all documents that identify the weight and dimensions of the tractor and trailer at the time of the accident.

6. Please produce any and all documents, including, but not limited to, bills of lading, that show where the tractor and trailer were in route to and from at the time of the accident and the route that was to be taken.

7. Please produce any and all maintenance and/or repair records of the tractor and trailer involved in the accident since the date of the accident.

8. Please produce any and all inspection, maintenance and/or repair records of the tractor and trailer involved in the accident for the date of the accident and for a period of one year prior to the accident date.

9. Please produce all driver's files maintained pursuant to the application, training, and periodic review of Ronnie Wayne Davis, that is required as a course of industry standard as well as compliance with the Commercial Driver's License Standards (49 CFR Part 383) and Federal Carrier Motor Safety Regulations (49 CFR Part 391), including, but not limited Driver Qualification File, Personnel File, and Annual Reviews.

10. Please produce all driver's daily inspection reports also known as the pre-trip inspections performed by Ronnie Wayne Davis pursuant to 49 CFR Part 396.11 and 396.13 for the date of the accident, six (6) months before the accident date, and three (3) months after the accident date.

11. Please produce all driver's logs maintained pursuant to 49 CFR Part 395 of the Federal Motor Carrier Safety Regulations for Ronnie Wayne Davis for the date of the accident, six (6) months before the accident date, and three (3) months after the accident date.

12. Please produce all cell phone records related to cell phones available to Ronnie Wayne Davis on the date of this crash.

13. Please produce all records pertaining to the routine course of business, dispatching and bills of lading of Ronnie Wayne Davis, for the subject accident date and for a period of six (6) months preceding the subject accident date.

14. Please produce all fuel receipts, toll receipts, hotel/motel receipts, meal receipts of Ronnie Wayne Davis and the vehicle involved in the crash for the date of the accident and a period of three (3) months preceding the subject accident date.

15. Please provide any and all background checks including, but not limited to, credit reports, criminal records checks, traffic reports, drivers license inquiries, claims reports, lawsuits, investigative reports and/or other inquiries, relating or in any way pertaining to Ronnie Wayne Davis, decedent, Khetag Gussaidi, and/or Plaintiff.

16. Please provide any and all insurance policies and/or other contracts, (including any and all applications, rejections, proofs of insurance, certificates of insurance, declarations, endorsements, contracts, and/or policies or excess liability policies), which may afford coverage and/or indemnity to Plaintiff and/or Defendants for the damages complained of in this lawsuit.

17. Please provide a copy of any and all exhibits that you will or may intend to offer, introduce, or otherwise use at the trial of this matter.

18. Please provide a *curriculum vitae* or resume of any expert witness whom you will or may call to testify at the trial of this matter.

4

19. If you contend that any act or omission of any person or entity other than Defendants caused or contributed to cause the accident, please produce all documents that you believe support your contention.

20. Please produce all documents constituting or referring to correspondence or communications between or among any one or more of the following which relates to the accident in question, Plaintiff and Defendants, and any person who has or whom you believe may have knowledge of facts related to the subject matter of this lawsuit.

21. Please produce any document You may/will use as impeachment evidence.

22. Please produce any document obtained by You in this litigation by way of subpoena.

## **REQUESTS FOR PRODUCTION OF ELECTRONIC EVIDENCE**

**NOW,** pursuant to the Louisiana Rules of Civil Procedure, Plaintiff respectfully requests that, within legal delays, you please make available, the following documents, at mover's office, located at 820 O'Keefe Avenue, in New Orleans, Louisiana, at mover's expense, and to amend and/or supplement your responses on a continuing basis:

1. Any and all electronic data relating to the operation, use, cargo, weight, speed, braking, position, maintenance and/or repair of the tractor and trailer involved in the collision in question on the date of the accident.

2. Any and all Global Positioning Satellite ("GPS") data relating to the position and/or speed of the tractor and trailer involved in the collision in question on the date of the accident.

3. Any and all mechanically produced records by an on-board recording device of the subject vehicle, including, but not limited to, tacograph, electronic engine controls, engine and message displays, instrument cluster units, Cateillar Information Display, Cummins RoadRelay, QualComm, Omnitrax, Eaton Vorad, or any other similar device for the date of the accident and the six (6) months preceding the accident date.

Respectfully submitted,

**JOSEPH E. "JED" CAIN, T.A. (La Bar No. 29785)**
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

**PLEASE SERVE:** *(Via the Louisiana Long Arm Statute)*
(With *Plaintiff' Petition for Damages*)

**SINDLE TRUCKING, LLC**
Through its registered agent:
**Caleb Sindle**
1815 Southwest Ave.
El Dorado, AR 71730

**RONNIE WAYNE DAVIS**
918 E. Elm
El Dorado, AR 71730

MARION M. HOPKINS

CLERK OF COURT, PARISH OF MADISON

100 NORTH CEDAR STREET

POST OFFICE BOX 1710

TALLULAH, LOUISIANA 71282

E-MAIL: mpcofc@bellsouth.net

TELEPHONE:  (318)574-0655

FAX:  (318)574-3961

FAX TRANSMITTAL COVER SHEET

DATE: _May 10, 2022_

NUMBER OF PAGES INCLUDING COVER SHEET: _2_

SENT TO: _____

AGENCY: _____

FROM: _____

FAX NUMBER: 504. 561- 6024

COMMENTS: _Confirmation of receipt of fax filing in Khrisostom Sassaidel, et al  vs  22-66 Lindle Trucking, LLC, et al  Suit for Damages  Court cost - $600.00  Thank you_

IF THIS TRANSMISSION IS NOT COMPLETE, PLEASE CALL ME AT THE NUMBER SHOWN ABOVE

Xerox® VersaLink® B605X Multifunction Printer



# Confirmation Report

Fax Number          13185743961
Local Name
Fax Name

The job has been sent.
Original Size: 8.5 x 11"

MARION M. HOPKINS

CLERK OF COURT, PARISH OF MADISON

100 NORTH CEDAR STREET

POST OFFICE BOX 1710

TALLULAH, LOUISIANA 71282

E-MAIL: mpcofc@bellsouth.net

TELEPHONE: (318)574-0655

FAX: (318)574-3961

FAX TRANSMITTAL COVER SHEET

DATE: _May 10, 2022_____

NUMBER OF PAGES INCLUDING COVER SHEET: ___2__

SENT TO: _____

AGENCY: _____   FAX NUMBER: 504-561-6024

FROM: _____

COMMENTS: _Confirmation of receipt or fax filing in Kaiser Tom_
_Lucasville et al   vs 3-22-66  Zindler Trucking, LLC, et al_
_Suit for Damages_____
_Filing cost - $600.00_____
_Thank you_____

IF THIS TRANSMISSION IS NOT COMPLETE, PLEASE CALL ME AT THE NUMBER SHOWN ABOVE

| No. | Job | Remote Station | Start Date & Time | Duration | Pages | Protocol | Contents | Status |
|---|---|---|---|---|---|---|---|---|
| 1 | 1084 | 15046176644 | 5-10;  7:09 AM | 37 Secs | 2/2 | ECM | | Completed |

Printed On : 05/10/2022  7:10 AM
®2017-2020 Xerox Corporation. All rights reserved. Xerox® and Xerox and Design® and VersaLink® are trademarks of Xerox Corporation in the United States and/or other countries.

Page : 1/(Last Page)



# HERMAN HERMAN & KATZ, LLC

## ATTORNEYS AT LAW

820 O'Keefe Avenue
New Orleans, Louisiana 70113-1116

(504) 581-4892 Main
(504) 561-6024 Fax
info@hhklawfirm.com

May 9, 2022

**VIA FACSIMILE (318) 574-3961**
**& FEDERAL EXPRESS**
6th Judicial District Court
Parish of Madison
100 North Cedar Street
Post Office Box 1710
Tallulah, LA 71282

Re: **Khrisostom Gussaidi, et al vs. Sindle Trucking, LLC, et al**
   **6th JDC Case No.:** **TBD**
   **Our File No.:** **28870.0000**

To Whom It May Concern:

Please find enclosed for filing into the record of this matter the *Petition for Damages and Jury Demand,* and *Plaintiffs' First Set of Written Discovery Requests To Defendants.* Please forward an invoice to my attention upon receipt of same. Our office will forward the original and additional copies with our firm check to cover the filing and service of same. We ask that you please return a filed, stamped copy to the undersigned in the enclosed self-addressed, stamped envelope.

Please issue citations for service for the above listed pleadings to be served via the Louisiana Long Arm Statute upon the following parties:

1. **SINDLE TRUCKING, LLC**
   Through its registered agent:
   **Caleb Sindle**
   1815 Southwest Ave.
   El Dorado, AR 71730

2. **RONNIE WAYNE DAVIS**
   918 E. Elm
   El Dorado, AR 71730

Sincerely,

*s/Jed Cain*

JOSEPH E. "JED" CAIN, ESQ.

JEC/els
Enclosures

This firm and its partners are also partners in Herman Gerel, LLP.

MARION M. HOPKINS

CLERK OF COURT, PARISH OF MADISON

100 NORTH CEDAR STREET

POST OFFICE BOX 1710

TALLULAH, LOUISIANA 71282

E-MAIL: mpcofc@bellsouth.net

TELEPHONE: (318)574-0655

FAX: (318)574-3961

FAX TRANSMITTAL COVER SHEET

DATE: _May 10, 2022_

NUMBER OF PAGES INCLUDING COVER SHEET: _2_

SENT TO: _____

AGENCY: _____   FAX NUMBER: _504. 561- 6024_

FROM: _____

COMMENTS: _Confirmation of receipt of fax filing in Khiasston_
_Bussaidi, et al v3 22-66 Kindle Trucking, LLC, et al_
_Suit for Damages_
_Court cost - $600.00_
_Thank you_

IF THIS TRANSMISSION IS NOT COMPLETE, PLEASE CALL ME AT THE NUMBER SHOWN ABOVE

## 6th JUDICIAL DISTRICT COURT FOR THE PARISH OF MADISON

### STATE OF LOUISIANA

NUMBER: *22-66*                                          DIVISION: *B*

### KHRISOSTOM GUSSAIDI, INDIVIDUALLY, AND ON BEHALF OF, KHETAG GUSSAIDI

### VERSUS

### SINDLE TRUCKING, LLC and RONNIE WAYNE DAVIS

FILED: *May 10, 2022*                          *_____*
                                                              DEPUTY CLERK

## PETITION FOR DAMAGES AND JURY DEMAND

NOW INTO COURT, through undersigned counsel, comes Plaintiff, **KHRISOSTOM GUSSAIDI**, a domiciliary of the State of Florida, who respectfully represents:

1.

The following parties are made defendants herein and are joint tortfeasors:

a. **SINDLE TRUCKING, LLC (hereinafter "Sindle")**, an Arkansas LLC that may be served via the Louisiana Long Arm statute through its registered agent: Caleb Sindle, 1815 Southwest Ave., El Dorado, AR 71730; and

b. **RONNIE WAYNE DAVIS**, a domiciliary of Arkansas who may be served via the Louisiana Long Arm statute at: 918 E. Elm, El Dorado, AR 71730.

## JURISDICTION & VENUE

2.

This Court has jurisdiction in this matter because the damages claimed by Plaintiff are within the jurisdictional limits of the Court.

3.

Venue is proper in so much as the crash at issue in this case occurred in Madison Parish.

## LIABILITY

4.

On November 14, 2021, Decedent, Khetag Gussaidi, was driving a 2018 Ram Promaster van west bound on Interstate 20 at approximately 70 mph.

5.

At milepost 155.6, a tractor and tanker trailer owned by Defendant, Sindle, and operated by Defendant, Davis, abruptly entered the westbound lane of traffic, from the shoulder of the interstate where it was illegally parked, in front of the van driven by Khetag Gussaidi.

**6ᵗʰ JUDICIAL DISTRICT COURT FOR THE PARISH OF MADISON**

**STATE OF LOUISIANA**

NUMBER: *22-66*                                                DIVISION: *8*

**KHRISOSTOM GUSSAIDI, INDIVIDUALLY, AND ON BEHALF OF,
KHETAG GUSSAIDI**

**VERSUS**

**SINDLE TRUCKING, LLC and RONNIE WAYNE DAVIS**

FILED: _May 10, 2022_                            _____
                                                                        **DEPUTY CLERK**

<u>**PETITION FOR DAMAGES AND JURY DEMAND**</u>

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **KHRISOSTOM GUSSAIDI**, a domiciliary of the State of Florida, who respectfully represents:

1.

The following parties are made defendants herein and are joint tortfeasors:

a.  **SINDLE TRUCKING, LLC (hereinafter "Sindle")**, an Arkansas LLC that may be served via the Louisiana Long Arm statute through its registered agent: Caleb Sindle, 1815 Southwest Ave., El Dorado, AR 71730; and

b.  **RONNIE WAYNE DAVIS**, a domiciliary of Arkansas who may be served via the Louisiana Long Arm statute at: 918 E. Elm, El Dorado, AR 71730.

<u>**JURISDICTION & VENUE**</u>

2.

This Court has jurisdiction in this matter because the damages claimed by Plaintiff are within the jurisdictional limits of the Court.

3.

Venue is proper in so much as the crash at issue in this case occurred in Madison Parish.

<u>**LIABILITY**</u>

4.

On November 14, 2021, Decedent, Khetag Gussaidi, was driving a 2018 Ram Promaster van west bound on Interstate 20 at approximately 70 mph.

5.

At milepost 155.6, a tractor and tanker trailer owned by Defendant, Sindle, and operated by Defendant, Davis, abruptly entered the westbound lane of traffic, from the shoulder of the interstate where it was illegally parked, in front of the van driven by Khetag Gussaidi.

6.

A crash ensued when the van and tanker trailer violently struck.   Despite being seat belted, Khetag Gussaidi was killed in the crash.

7.

Following the crash, Defendant, Davis, admitted to the Louisiana State Police that he illegally parked the tractor and tanker trailer on the shoulder of the interstate so that he could urinate.   Davis was charged with violating La. R.S. 32:103 and 296 and subsequently pled guilty to such charges.

8.

At all relevant times, the tractor-tanker trailer was owned by Defendant, Sindle, and operated by Defendant, Davis, who was acting within the course and scope of his employment with Defendant, Sindle.

9.

The cause of the above-described incident was the negligence of Defendants as imputed unto their employers and insurers, in the following, non-exclusive particulars:

a)   Defendant, Davis, illegally parking the tractor-tanker trailer on the shoulder of the interstate so as to urinate in violation of both La. R.S. 32:296 and 49 CFR 397.7;

b)   Defendant, Davis, illegally entering the interstate lane of traffic at a dangerously low rate of speed in front of the van driven by Khetag Gussaidi when it was not safe to do so in violation of La. R.S. 32:103;

c)   Defendant, Davis', failure to yield the right of way to decedent, Gussaidi;

d)   Defendant, Davis', failure to properly use his blinker and/or lights when attempting to reenter the interstate lane of traffic during low light conditions;

e)   Defendant, Sindle's, failure to install safety features on the tractor and/or tanker trailer before the crash so as to render it safely visible to other motorists during low-light conditions;

f)   Defendant, Sindle's, failure to properly illuminate the tractor and/or tanker trailer so as to alert other motorists to a known or potential hazard;

g)   Defendant, Sindle's, negligent inspection, repair, and/or maintenance of the tractor and/or tanker trailer;

h)   Defendant, Sindle's, failure to properly train, supervise, and/or provide guidance to Defendant, Davis;

i)   Defendant, Sindle's, negligent entrustment of the tractor and tanker trailer to Defendant, Davis;

j)   Defendant, Sindle's, negligent hiring and/or retention of Defendant, Davis; and

2

k)  Any other negligent acts and/or omissions uncovered through discovery.

## DAMAGES

10.

Khetag Gussaidi died without a surviving spouse or children.   Plaintiff, Khrisostom Gussaidi, brings this wrongful death/survival action pursuant to La. C.C. art. 2315.1 and 2315.2 as the surviving biological father of decedent, Khetag Gussaidi.

11.

Due to the negligence of Defendants, resulting in the death of his son, Plaintiff is entitled by operation of law to recover damages as follows:

A.   All survival damages of the Decedent, Khetag Gussaidi, allowed by law, including:

1.   Fear of loss of life;

2.   Pre-death mental pain and suffering;

3.   Pre-death physical pain and suffering;

4.   Loss of life;

5.   All other damages allowed by law and equity.

B.   All damages suffered by Plaintiff as a result of the wrongful death of his son, Khetag Gussaidi, allowed by law, including:

1.   Past, present, and future loss of love, companionship, attention, and affection;

2.   Past, present, and future emotional distress and psychological injury;

3.   Loss of consortium, company, and society of his son;

4.   Transportation, burial, and/or funeral expenses; and

5.   All other damages allowed by law and equity.

## JURY DEMAND

Plaintiff prays for a trial by jury.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, **KHRISOSTOM GUSSAIDI**, prays that after due proceedings are had, there be judgment in his favor and against the Defendants, **SINDLE TRUCKING, LLC** and **RONNIE WAYNE DAVIS**, for compensatory and other appropriate damages, with legal interest thereon from the date of injury until paid, and for all taxable costs of this proceeding. Plaintiff also prays for all other relief as may be just and equitable in the premises.

3

Respectfully submitted,

**JOSEPH E. "JED" CAIN, (La Bar No. 29785)**
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone:  (504) 581-4892
Facsimile:  (504) 561-6024

**PLEASE SERVE:** *(Via the Louisiana Long Arm Statute)*
(With *Plaintiff's First Set of Written Discovery Requests*)

**SINDLE TRUCKING, LLC**
Through its registered agent:
**Caleb Sindle**
1815 Southwest Ave.
El Dorado, AR 71730

**RONNIE WAYNE DAVIS**
918 E. Elm
El Dorado, AR 71730

4

6th JUDICIAL DISTRICT COURT FOR THE PARISH OF MADISON

STATE OF LOUISIANA

NUMBER:  *22-66*                                    DIVISION: *B*

KHRISOSTOM GUSSAIDI, INDIVIDUALLY, AND ON BEHALF OF,
KHETAG GUSSAIDI

VERSUS

SINDLE TRUCKING, LLC and RONNIE WAYNE DAVIS

FILED: _*May 10, 2022*_                        _____
                                                            DEPUTY CLERK

**PLAINTIFF'S FIRST SET OF WRITTEN DISCOVERY REQUESTS TO DEFENDANTS
(INTERROGATORIES AND REQUESTS FOR
PRODUCTION OF DOCUMENTS AND ELECTRONIC EVIDENCE)**

TO:   **SINDLE TRUCKING, LLC**
        Through its registered agent:
        **Caleb Sindle**
        1815 Southwest Ave.
        El Dorado, AR 71730

        **RONNIE WAYNE DAVIS**
        918 E. Elm
        El Dorado, AR 71730

## Definitions and Instructions

A)   **Document –** As used herein, the term "document" shall be construed broadly and
        expansively to include any medium upon which information is recorded including, but
        not limited to, contracts, agreements, applications, forms, policies, claims, files, records,
        letters, correspondence, minutes, memoranda, notes, e-mails, photocopies, facsimiles,
        transcripts, graphs, photographs, videotapes, audiotapes, microfilm, charts, studies,
        tables, calculations, acknowledgments, and any draft of the foregoing, which is, or has
        been, at any time, in the control, custody or possession of each or any Defendant,
        respectively.

B)   **Communication –** Shall refer to all communication, both written and oral, including but
        not limited to, telephone conversations, letters, memoranda, e-mails, facsimiles, reports,
        interviews, statements, contracts, agreements and consultations. Whenever a request
        refers to conversations with others, such request also refers to communications with all
        persons acting on behalf of that other, including, but not limited to, employees, officers,
        managers, directors, parent corporations, subsidiaries, associates, consultants,
        investigators, secretaries, assistants, agents, brokers, claim adjusters, or attorneys.

C)   **You** and **Your –** Shall refer to the Defendant to which this discovery is addressed,
        respectively, and all parties acting on behalf of that Defendant, including, but not limited
        to, employees, officers, managers, directors, parent corporations, subsidiaries, associates,
        consultants, investigators, secretaries, assistants, agents, brokers, claims adjusters, or
        attorneys.

D)   **Identify –** When asked to "identify" a natural person, please provide: (a) the person's full
        name, (b) current or last known home address and telephone number, (c) current or last
        known business address and telephone number, (d) birth date, (e) social security number,
        (f) current or last known place of employment, and (g) job title or description.

When asked to "identify" a corporation or other business entity, please provide: (a) the full name of the entity, (b) the type of entity, (e.g. partnership, limited partnership, corporation), (c) the state of formation or incorporation, (d) the date of formation or incorporation, (e) principle business address and telephone number, and (f) the principal business address (if any) within the State of Louisiana.

**E)**   **Privilege** – If a privilege is claimed over any document, (as "document" is defined above), please provide: (a) the identity of the author of the document, (b) the identity of the recipient of the document, (c) the date that the document was prepared, (d) a brief description of the document, and (e) the basis upon which the privilege is claimed, including the statute, rule or decision upon which the claim of privilege is based.

**F)**   The terms **"and"** and **"or"** and **"and/or"** shall be construed broadly and expansively as "and/or", and shall not be construed to limit the documents or information sought in any manner.

**G)**   **Accident** – Shall refer to the crash that occurred on November 14, 2021 in Madison Parish, Louisiana that is at issue in this case.

## INTERROGATORIES

NOW, through undersigned counsel comes Plaintiff, who, pursuant to the Louisiana Code of Civil Procedure, hereby propound the following Interrogatories, to be answered fully, within legal delays, in writing, under oath.  If a privilege is claimed in response to any of these requests, please provide a privilege log.

1. Please identify the (a) driver, and (b) all passengers, of the tractor and trailer that was involved in the accident.

2. Please identify Ronnie Wayne Davis' employer at the time of the accident.

3. Please identify by name and address all employers Ronnie Wayne Davis has worked for over, the last 10 years.  Please also provide the dates of employment for each employer identified.

4. Please identify Ronnie Wayne Davis' cell phone number and carrier on the date of the accident.

5. Please identify any drugs taken by Ronnie Wayne Davis during the 24 hours preceding the accident.

6. Please identify any drugs prescribed to Ronnie Wayne Davis as of the date of the accident and the doctor who prescribed said drugs.

7. Please state how Ronnie Wayne Davis plead to the traffic citations issued to him following this accident and the amount of any fines paid.

8. Please identify all hospitals, clinics, or other health care institutions, doctors, therapists, chiropractor, or any other health care practitioner, or psychologists, psychiatrists, or other mental health care professionals, who have rendered service to Ronnie Wayne Davis within the last 10 years.

9. Please identify the person(s) or entity(s) who owned and/or leased the tractor and trailer that was involved in the accident.

10. Please state the weight and dimensions of the tractor and trailer at the time of the accident.

11. Please state what cargo was being hauled at the time of the crash and for whom it was being hauled.

12. Please explain where the tractor and trailer were in route to and from at the time of the accident. Include in your explanation the route Mr. Davis was taking and when Mr. Davis began driving on 11/14/21.

13. Please describe, as fully and as accurately as you can, how the accident occurred. Include in your answer the estimated speeds and locations (relative to each other and to the markings on the roadway) of the vehicles involved in the accident, at all relevant times.

14. Please identify any and all persons who may have witnessed the accident.

15. Please identify any and all witnesses that you will or may call to testify at the trial of this matter. Please state whether the witness will testify as a fact witness, an expert witness, or both. For any and all witnesses whom you intend to qualify as an expert, please provide the field or fields of the witness' alleged area(s) of expertise. Please provide a brief description of the content of the anticipated testimony.

16. Please provide the name, address and telephone number(s) of all persons who investigated the accident, and whether there were photographs taken and the number, size, date, time and description of each photograph taken. Also please provide the name, address and telephone number of any person who statement was taken, the date the statement was taken and the name of the person taking the statement.

17. Please identify any entities/individuals that inspected and/or photographed the relevant tractor, trailer, and van involved in the accident on Your behalf.

18. Please identify all insurers and insurance policies that may provide coverage to Plaintiff and/or You regarding the liability alleged in this case against You by Plaintiff.

19. Please identify any individual and/or entity that performed surveillance of Plaintiff on Your behalf. If surveillance was performed, please state on what date and at what time the surveillance was performed.

20. If you contend that any act or omission of any of Your co-defendants and/or a third party not named in this suit caused or contributed to Plaintiff's injuries or damages, please so state and state all of the facts that You believe support your contention.

## **REQUESTS FOR PRODUCTION OF DOCUMENTS**

**NOW,** through undersigned counsel comes Plaintiffs, who, pursuant to the Louisiana Code of Civil Procedure, hereby propound the following Requests for Production of Documents, to be answered fully, within legal delays, in writing, under oath. If a privilege is claimed in response to any of these requests, please provide a privilege log.

1. Please provide any and all accident reports, incident reports, police reports, traffic tickets and/or citations, prepared and/or obtained by You, relating or in any way pertaining to the accident in question.

2. Please provide any and all written, electronic, telephonic or recorded statements which you have taken, prepared, or otherwise obtained, from anyone, regarding or in any way pertaining to the accident and/or the injuries sustained therefrom, including, but not limited to, the statement(s) of Ronnie Wayne Davis and/or Plaintiff.

3. Please provide copies of any and all photographs or videotapes which you have taken, prepared, or otherwise obtained, relating or in any way pertaining to the accident, the vehicles involved in the collision, and/or the scene of the collision.

4.  Please provide any and all documents, including, but not limited to, the bill of sale, title, registration, lease agreement, and/or rental agreement, pertaining or in any way relating to the ownership, rental, and/or lease, of the tractor and trailer involved in the automobile collision in question on the date of the date of the accident.

5.  Please produce any and all documents that identify the weight and dimensions of the tractor and trailer at the time of the accident.

6.  Please produce any and all documents, including, but not limited to, bills of lading, that show where the tractor and trailer were in route to and from at the time of the accident and the route that was to be taken.

7.  Please produce any and all maintenance and/or repair records of the tractor and trailer involved in the accident since the date of the accident.

8.  Please produce any and all inspection, maintenance and/or repair records of the tractor and trailer involved in the accident for the date of the accident and for a period of one year prior to the accident date.

9.  Please produce all driver's files maintained pursuant to the application, training, and periodic review of Ronnie Wayne Davis, that is required as a course of industry standard as well as compliance with the Commercial Driver's License Standards (49 CFR Part 383) and Federal Carrier Motor Safety Regulations (49 CFR Part 391), including, but not limited Driver Qualification File, Personnel File, and Annual Reviews.

10. Please produce all driver's daily inspection reports also known as the pre-trip inspections performed by Ronnie Wayne Davis pursuant to 49 CFR Part 396.11 and 396.13 for the date of the accident, six (6) months before the accident date, and three (3) months after the accident date.

11. Please produce all driver's logs maintained pursuant to 49 CFR Part 395 of the Federal Motor Carrier Safety Regulations for Ronnie Wayne Davis for the date of the accident, six (6) months before the accident date, and three (3) months after the accident date.

12. Please produce all cell phone records related to cell phones available to Ronnie Wayne Davis on the date of this crash.

13. Please produce all records pertaining to the routine course of business, dispatching and bills of lading of Ronnie Wayne Davis, for the subject accident date and for a period of six (6) months preceding the subject accident date.

14. Please produce all fuel receipts, toll receipts, hotel/motel receipts, meal receipts of Ronnie Wayne Davis and the vehicle involved in the crash for the date of the accident and a period of three (3) months preceding the subject accident date.

15. Please provide any and all background checks including, but not limited to, credit reports, criminal records checks, traffic reports, drivers license inquiries, claims reports, lawsuits, investigative reports and/or other inquiries, relating or in any way pertaining to Ronnie Wayne Davis, decedent, Khetag Gussaidi, and/or Plaintiff.

16. Please provide any and all insurance policies and/or other contracts, (including any and all applications, rejections, proofs of insurance, certificates of insurance, declarations, endorsements, contracts, and/or policies or excess liability policies), which may afford coverage and/or indemnity to Plaintiff and/or Defendants for the damages complained of in this lawsuit.

17. Please provide a copy of any and all exhibits that you will or may intend to offer, introduce, or otherwise use at the trial of this matter.

18. Please provide a *curriculum vitae* or resume of any expert witness whom you will or may call to testify at the trial of this matter.

4

19. If you contend that any act or omission of any person or entity other than Defendants caused or contributed to cause the accident, please produce all documents that you believe support your contention.

20. Please produce all documents constituting or referring to correspondence or communications between or among any one or more of the following which relates to the accident in question, Plaintiff and Defendants, and any person who has or whom you believe may have knowledge of facts related to the subject matter of this lawsuit.

21. Please produce any document You may/will use as impeachment evidence.

22. Please produce any document obtained by You in this litigation by way of subpoena.

## REQUESTS FOR PRODUCTION OF ELECTRONIC EVIDENCE

**NOW,** pursuant to the Louisiana Rules of Civil Procedure, Plaintiff respectfully requests that, within legal delays, you please make available, the following documents, at mover's office, located at 820 O'Keefe Avenue, in New Orleans, Louisiana, at mover's expense, and to amend and/or supplement your responses on a continuing basis:

1. Any and all electronic data relating to the operation, use, cargo, weight, speed, braking, position, maintenance and/or repair of the tractor and trailer involved in the collision in question on the date of the accident.

2. Any and all Global Positioning Satellite ("GPS") data relating to the position and/or speed of the tractor and trailer involved in the collision in question on the date of the accident.

3. Any and all mechanically produced records by an on-board recording device of the subject vehicle, including, but not limited to, tacograph, electronic engine controls, engine and message displays, instrument cluster units, Cateillar Information Display, Cummins RoadRelay, QualComm, Omnitrax, Eaton Vorad, or any other similar device for the date of the accident and the six (6) months preceding the accident date.

Respectfully submitted,

_(signature)_

**JOSEPH E. "JED" CAIN, T.A. (La Bar No. 29785)**
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

**PLEASE SERVE:** *(Via the Louisiana Long Arm Statute)*
(With *Plaintiff' Petition for Damages*)

**SINDLE TRUCKING, LLC**
Through its registered agent:
**Caleb Sindle**
1815 Southwest Ave.
El Dorado, AR 71730

**RONNIE WAYNE DAVIS**
918 E. Elm
El Dorado, AR 71730

5

## CITATION

| | | |
|---|---|---|
| KHRISOSTOM GUSSAIDI INDIVIDUALLY AND<br>ON BEHALF OF KHETAG GUSSAIDI<br>*Versus*<br><br>SINDLE TRUCKING LLC, ET AL |  | Case: 2022-000066<br>Division: B<br>6th Judicial District Court<br>Parish of Madison<br>State of Louisiana |

TO:  SINDLE TRUCKING, LLC
VIA THE LOUISIANA LONG ARM STATUTE
THROUGH ITS REGISTERED AGENT:
CALEB SINDLE
1815 SOUTHWEST AVENUE
EL DORADO, AR  71730

YOU HAVE BEEN SUED.

*Attached to this citation is a certified copy of the petition. The petition tells you what you are being sued for. You must either do what the petition asks, or within THIRTY (30) DAYS after the filing in the record of an affidavit by the individual who mailed these documents to you showing that they were enclosed in an envelope addressed with sufficient postage affixed and the date they were deposited in the United States Mail to you and the return receipt showing delivery thereof, you must file an answer or other legal pleading in the office of the Clerk of Court at the Madison Parish Courthouse, Tallulah, Louisiana. If you do not do what the petition asks, or if you do not file an answer or other legal pleading within THIRTY (30) DAYS, a judgment may be entered against you without further notice.*

THIS CITATION WAS ISSUED BY THE CLERK OF COURT FOR MADISON PARISH ON THE 16TH  DAY OF MAY A.D., 2022.

CLERK OF COURT
6th JUDICIAL DISTRICT
PARISH OF MADISON

BY: _____
Deputy Clerk of Court

*By regular mail a certified copy of this Citation along with a certified copy of the PETITION FOR DAMAGES AND JURY DEMAND/PLAINTIFF'S FIRST SET OF WRITTEN DISCOVERY REQUESTS TO DEFENDANTS (INTERROGATORIES AND REQUESTS OF PRODUCTION OF DOCUMENTS AND ELECTRONIC EVIDENCE) was sent*

TO: JOSEPH E. "JED" CAIN, ATTY., 820 O'KEEFE AVENUE, NEW ORLEANS, LA 70113

on this the 16TH day of MAY, 2022 for mailing.

BY: _____
Deputy Clerk of Court

[ ORIGINAL ]

# CITATION

KHRISOSTOM GUSSAIDI INDIVIDUALLY AND
ON BEHALF OF KHETAG GUSSAIDI

*Versus*

SINDLE TRUCKING LLC, ET AL



Case: 2022-000066
Division: B
6th Judicial District Court
Parish of Madison
State of Louisiana

TO:  RONNIE WAYNE DAVIS
     VIA THE LOUISIANA LONG ARM STATUTE
     918 EAST ELM
     EL DORADO, AR  71730

YOU HAVE BEEN SUED.

Attached to this citation is a certified copy of the petition. The petition tells you what you are being sued for. You must either do what the petition asks, or within THIRTY (30) DAYS after the filing in the record of an affidavit by the individual who mailed these documents to you showing that they were enclosed in an envelope addressed with sufficient postage affixed and the date they were deposited in the United States Mail to you and the return receipt showing delivery thereof, you must file an answer or other legal pleading in the office of the Clerk of Court at the Madison Parish Courthouse, Tallulah, Louisiana. If you do not do what the petition asks, or if you do not file an answer or other legal pleading within THIRTY (30) DAYS, a judgment may be entered against you without further notice.

THIS CITATION WAS ISSUED BY THE CLERK OF COURT FOR MADISON PARISH ON THE 16TH DAY OF MAY A.D., 2022.

                              CLERK OF COURT
                              6th JUDICIAL DISTRICT
                              PARISH OF MADISON

                    BY: _____
                              Deputy Clerk of Court

By regular mail a certified copy of this Citation along with a certified copy of the PETITION FOR DAMAGES AND JURY DEMAND/PLAINTIFF'S FIRST SET OF WRITTEN DISCOVERY REQUESTS TO DEFENDANTS (INTERROGATORIES AND REQUESTS OF PRODUCTION OF DOCUMENTS AND ELECTRONIC EVIDENCE) was sent

TO: JOSEPH E. "JED" CAIN, ATTY., 820 O'KEEFE AVENUE, NEW ORLEANS, LA 70113

on this the 16TH day of MAY, 2022 for mailing.

                    BY: _____
                              Deputy Clerk of Court

[ ORIGINAL ]